UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ24-048 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DAVID KEITH MERRIMAN, | |
| Defendant. | |

Charged Offenses

1. Failure to Register as a Sex Offender

Date of Detention Hearing:   January 26, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142 and 3143, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is alleged to have absconded supervision and failed to register as a sex offender for an extended period of time, and therefore presents a significant risk of flight. Mr. Merriman does not contest detention.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in Montana, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 26th Day of January, 2024.

*(signature)*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2